**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DONALD KENNETH CUNNINGHAM JR.,    :    No. 123 MM 2022
          :
        Petitioner         :
          :
          :
        v.           :
          :
          :
HONORABLE JEFFERY D. WRIGHT,    :
LANCASTER COUNTY COURT OF    :
COMMON PLEAS,           :
          :
        Respondent      :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 15th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.